IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUSSELL LEE KEITH,** | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 03-CV-752-WDS |
| **KATHLEEN HAWK-SAWYER, RELIGIOUS ISSUES COMMITTEE MEMBERS, G. L. HERSHBERGER, CHARLES R. GILKEY, and PHILIP W. CHAPMAN,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated September 28, 2007, judgment is entered in favor of defendants, **KATHLEEN HAWK-SAWYER and G. L. HERSHBERGER**, and against the plaintiff, **RUSSELL LEE KEITH**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated December 13, 2006, judgment is entered in favor of defendants, **RELIGIOUS ISSUES COMMITTEE MEMBERS**, **CHARLES R. GILKEY and PHILIP W. CHAPMAN**, and against plaintiff, **RUSSELL LEE KEITH**.

**DATED** this 1st day of October, 2007.

**NORBERT G. JAWORSKI, CLERK**

BY:   *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

   *s/WILLIAM D. STIEHL*
**U. S. District Judge**